loan it upon the security of a note and mortgage purporting to be executed by one Carpenter, of Cincinnati, for whom appellant claimed to be agent, which security was worthless, and known to be so by appellant when obtaining the money from appellee, whereby the money was wholly lost. The question as to the alleged fraud was peculiarly one for the consideration of the jury, and the court is of opinion that the jury were justified in finding that the charge of fraud was proven as alleged and that the verdict is supported by the evidence. Daniel H. Horne v. Sarah A. Walton, No. 126—2240, is affirmed for the same reason as the above. Opinion PER CURIAM. Judge below, KIRK HAWES. Attorney for appellant, Mr. L. H. CONDEE. Opinion filed Jan. 20, 1886.

No. 108—2222. William H. Burt v. C. J. Warrington. This was a suit growing out of certain transactions on the Board of Trade, in which appellant, plaintiff below, sues to recover damages for an alleged violation of duty on the part of the defendant in having sold, without notice to the plaintiff, certain grain purchased on the Board of Trade by the defendant as agent for the plaintiff, whereby the latter sustained a loss. There was a jury trial, resulting in a verdict for the defendant, and the plaintiff appealed to this court. It was contended on the part of the defendant, first, that the trades were rightly closed because of the failure of plaintiff to put up margins; and secondly, that even if not rightly closed, appellant's payment without objection of the balance claimed against him for margins, with knowledge of all the circumstances, was a waiver of his right of action. Between the two theories of the parties the jury adopted the defendant's, and in the conflicting state of the evidence this court can not say that their finding is not supported by the evidence. Opinion PER CURIAM. Judge below, JOSEPH E. GARY. Attorneys, for appellant, Mr. FARLIN Q. BALL; for appellee, Messrs. FAY & GRIGGS. Opinion filed Jan. 27, 1886.

No. 130—2244. John M. Hopkins et al. v. Thomas Foley et al. This was a creditor's bill brought by John M. Hopkins and others, as judgment creditors of Thomas Foley, to reach certain assets in which, as it is claimed, said Foley has some equitable interests, and to subject the same to the payment of